DAVID L. ANDERSON (CABN 149604)
United States Attorney

HALLIE HOFFMAN (CABN 210020)
Chief, Criminal Division

JULIE D. GARCIA (CABN 288624)
Assistant United States Attorney

 450 Golden Gate Avenue, Box 36055
 San Francisco, California 94102-3495
 Telephone: (415) 436-7200
 FAX: (415) 436-7234
 Julie.Garcia@usdoj.gov

Attorneys for United States of America

FILED
AUG - 6 2019
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE:<br><br>APPLICATIONS FOR CRIMINAL COMPLAINTS | Case Nos. ~~19-71145 TSH~~<br>19-71156 TSH<br><br>GOVERNMENT'S MOTION FOR SEALING ORDER AND [PROPOSED] ORDER<br><br>~~Under Seal~~ |

The United States has moved the Court to unseal all materials in the above-captioned matters effective as of 10:30 am on Wednesday, August 7, 2019. As set out in the government's motion to unseal, the government believes that, as of 10:30 am on August 7, 2019, there will be no further need to maintain these matters under seal, because the investigation will have reached a point where disclosing these papers will not present a substantial risk of interference with the investigation.

Because the government seeks to maintain these matters under seal until tomorrow at 10:30, the government now moves this Court for an order sealing the government's application for an unsealing order, the unsealing order, this application for a sealing order, and the sealing order until 10:30 am on Wednesday, August 7, 2019. The government further requests that the Court direct the Clerk of Court shall to provide copies of the sealed documents to employees of the United States Attorney's Office, and

GOVERNMENT'S MOTION FOR SEALING ORDER   1   v. 7/10/2018

1  that the United States Attorney's Office be permitted to share these documents as necessary with
2  counsel for any defendant charged as a result of this investigation and with the Drug Enforcement
3  Administration, which should be allowed to share the results of the investigation with other law
4  enforcement and intelligence agencies, including foreign law enforcement and intelligence agencies, for
5  use in investigation and prosecution.

6  DATED: August 6, 2019                    Respectfully submitted,

7                                            DAVID L. ANDERSON
                                             United States Attorney
8
9                                            _____
10                                           JULIE D. GARCIA
                                             Assistant United States Attorney